| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Lanita Y Marrable** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  **xxx–xx–5771** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Northern District of Illinois** | | |
| Case number:  **15–25669** | | |

# Order of Discharge                                                                      12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Lanita Y Marrable

If the trustee has filed and served a notice pursuant to Bankruptcy Rule 3002.1(f), and no statement is timely filed by the mortgagee in response, the mortgage addressed by the notice is deemed to be fully current as of the date of the notice.

September 4, 2019                                              **For the court:**   Jeffrey P. Allsteadt, Clerk
                                                                                        United States Bankruptcy Court

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                          Case No. 15-25669-TAB
Lanita Y Marrable                                                               Chapter 13
        Debtor                       **CERTIFICATE OF NOTICE**

District/off: 0752-1         User: ahamilton            Page 1 of 2           Date Rcvd: Sep 04, 2019
                             Form ID: 3180W             Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 06, 2019.
db         +Lanita Y Marrable,    5 School House Court,    Park Forest, IL 60466-2095
23706510   +Alterna Funding I, LLC,    2711 Centerville Rd., Ste. 400,    Wilmington, DE 19808-1645
23706511   +Alterna Funding I, LLC,    1801 S. Federal Highway, 2nd floor,    Boca Raton, FL 33432-7413
23537464   +Chase Manhattan Mortgage,    Attn:Bankruptcy Dept.,    3415 Vision Dr.,   Columbus, OH 43219-6009
23537465   +Chase Mortgage,   PO Box 24696,    Columbus, OH 43224-0696
23537466   +Community Hospital,    901 MacArthur Blvd,    Munster, IN 46321-2959
23537467    Cook County Clerk,    118 N. Clark St., Room 112,    Chicago, IL 60602-1332
23537468    Cook County Treasurer,    PO Box 4488,    Carol Stream, IL 60197-4488
23689712   +Daniel R. Zajac,    c/o Komyatte & Casbon, PC,    9650 Gordon Drive,   Highland, IN 46322-2909
23537470   +John R Edwards, Attorney at Law,    10115 Raven Wd Dr B,    Saint John, IN 46373-9042
23706509   +MTAG Services, LLC,    P.O. Box 4038,    Capital Heights, MD 20791-4038
23940293   +Munster Medical Research Foun.,    c/o Komyatte & Casbon, PC,    9650 Gordon Drive,
             Highland, IN 46322-2909
23689713   +Munster Medical Research Foundation Inc,    c/o Komyatte & Casbon, PC,    9650 Gordon Drive,
             Highland, IN 46322-2909
23537472    OAC Collection Specialists,    PO Box 37110,    Milwaukee, WI 53237
23537473   +Open Advanced MRI,    1834 Walden Office Square,    Ste. 125,   Schaumburg, IL 60173-4291

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr          +E-mail/Text: courtnotices@chi13.com Sep 05 2019 01:09:59     Marilyn O Marshall,
             224 South Michigan Ste 800,   Chicago, IL 60604-2503
23537463   +E-mail/Text: cashnotices@gmail.com Sep 05 2019 01:11:17     AmeriCash Loans,
             c/o Installment Loan dept.,   PO Box 184,   Des Plaines, IL 60016-0003
23757156   +E-mail/Text: cashnotices@gmail.com Sep 05 2019 01:11:17     AmeriCash Loans, L.L.C.,
             P.O. Box 184,   Des Plaines, IL 60016-0003
23576312   +EDI: PHINAMERI.COM Sep 05 2019 04:48:00      AmeriCredit Financial Services, Inc. dba GM Financ,
             P O Box 183853,   Arlington, TX 76096-3853
23757155   +E-mail/Text: opportunitynotices@gmail.com Sep 05 2019 01:11:00     Brandon S. Lefkowitz,
             24100 Southfield Road,   Suite 203,   Southfield, MI 48075,    Southfield, MI 48075-2851
23537469    EDI: PHINAMERI.COM Sep 05 2019 04:48:00      GM Financial,   PO Box 181145,
             Arlington, TX 76096-1145
23999677    E-mail/Text: rev.bankruptcy@illinois.gov Sep 05 2019 01:10:17
             Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,
             Chicago, Illinois 60664-0338
23939292    E-mail/Text: rev.bankruptcy@illinois.gov Sep 05 2019 01:10:17     Illinois Dept. of Revenue,
             Bankruptcy Section,   P.O. Box 64338,   Chicago, IL  60664-0338
23940292    EDI: IRS.COM Sep 05 2019 04:48:00      IRS,   Internal Revenue Service,    P.O. Box 7346,
             Philadelphia, PA 19101-7346
23537471    E-mail/Text: bankrup@aglresources.com Sep 05 2019 01:09:05     Nicor Gas,
             Bankruptcy Dept. PO Box 190,   Aurora, IL 60507-0190
23934444    E-mail/Text: bankruptcy@universallenders.net Sep 05 2019 01:10:46     Universal Lenders LLC,
             P.O. Box 4179,   Oak Park, IL  60303-4179
23940294    E-mail/Text: bankruptcy@universallenders.net Sep 05 2019 01:10:46
             Universal lenders of Illinois,   PO Box 4179,   Oak Park, IL 60303-4179
23765394   +E-mail/Text: bankrup@aglresources.com Sep 05 2019 01:09:05     nicor gas,    po box 549,
             aurora il 60507-0549
                                                                                              TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
23659813*    +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
              Arlington, TX 76096-3853
23944147*   ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY UNIT,   PO BOX 19035,    SPRINGFIELD IL 62794-9035
              (address filed with court:   Illinois Department of Revenue,    Bankruptcy Section,   PO Box 64338,
              Chicago, IL 60664-0338)
23944148*     IRS,   Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
23934443*    +IRS,   P.O. Box 7346,   Philadelphia, PA 19101-7346
                                                                                   TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: ahamilton              Page 2 of 2                  Date Rcvd: Sep 04, 2019
                              Form ID: 3180W               Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 4, 2019 at the address(es) listed below:
              David M Siegel    on behalf of Debtor 1 Lanita Y Marrable davidsiegelbk@gmail.com,
               R41057@notify.bestcase.com;johnellmannlaw@gmail.com
              Marilyn O Marshall     courtdocs@chi13.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3
```